UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re: )
**Robert Joseph McCullough, Jr** )   Case No. _____
**Carla Jeanne McCullough** )
) ELECTRONIC FILING DECLARATION
) (FOR INDIVIDUAL DEBTORS)
)
Debtor(s). )

Check if Applicable

☒ Petition (Including Exhibit D if applicable)   Date Signed: 5/31/13
☐ Chapter 7 Debtor's Statement of Intention   Date Signed: _____
☒ Declaration Concerning Debtor's Schedules  Date Signed: 5/31/13
☒ Statement of Financial Affairs   Date Signed: 5/31/13
☒ Statement of Monthly Income   Date Signed: 5/31/13
☒ Other (specify):
   **Chapter 13 Plan**   Date Signed: 5/31/13

**PART I – DECLARATION OF DEBTOR(S)**

I/We, the undersigned debtor(s), hereby declare under penalty of perjury that I/we:

1. signed each above-referenced document and gave it to my (our) attorney, whose name appears below;

2. authorize and instruct my (our) lawyer to:
   a. electronically file the document(s), with "/s/" and my (our) typed name(s) in lieu of my (our) signature(s);
   b. electronically file a <u>scanned</u> copy of this completed and signed LBF #5005;
   c. scan and destroy the document(s), but not this LBF #5005; and
   d. retain a scanned electronic replica of the document(s), and the signed original of this form, for the *period* required by LBR 5005-4(e).

3. agree that the electronic copy of the document(s) my (our) lawyer retains may serve as the original for all purposes.

_____   Robert Joseph McCullough Jr   5/31/13
Signature of Debtor          Printed Name of Debtor        Date

_____   Carla Jeanne McCullough        5/31/13
Signature of Joint Debtor (if applicable)  Printed Name of Joint Debtor   Date

**PART II – DECLARATION OF ATTORNEY**

I declare under penalty of perjury that, to the best of my knowledge after appropriate inquiry, the signature on this LBF #5005 purporting to be that of the debtor(s) is in fact that of the debtor(s).

_____   Michael S. Scott               5/31/13
Signature of Attorney        Printed Name of Attorney      Date

5005 (12/17/12)