```
                            United States Bankruptcy Court
                                  District of Oregon

In re:                                                              Case No. 13-33529-rld
Robert Joseph McCullough, Jr.                                       Chapter 13
Carla Jeanne McCullough
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0979-3          User: admin                Page 1 of 2            Date Rcvd: Jun 03, 2013
                              Form ID: NGDP              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db/jdb        +Robert Joseph McCullough, Jr.,   Carla Jeanne McCullough,   5138 SE 114th,
                Portland, OR 97266-3375
100280528     +American Medical Response,   POB 3429,   Modesto, CA 95353-3429
100280529     +Bac Home Lns Lp Ctrywd,    450 American St,   Simi Valley, CA 93065-6285
100280530     +Bank of America,   c/o Brian T Moynihan, Pres,   101 South Tryon St,   Charlotte, NC 28280-0010
100280535      Kaiser Permanente,   500 NE Multnomah St #100,   Portland, OR 97232-2099
100280537     +ReconTrust Company,   1800 Tapo Canyon Rd,   SV2-202,   Simi Valley, CA 93063-6712
100280538     +Wells Fargo Bank,   c/o Richard D Levy, President,   420 Montgomery St,
                San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
100280531     +E-mail/Text: j.klein@everprof.com Jun 04 2013 10:51:35     Evergreen Professional Recoveries,
                12100 NE 195th At #325,    Bothell, WA 98011-5768
100280532     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2013 02:15:07     GE Money Bank,   POB 981439,
                El Paso, TX 79998-1439
100280534     +E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 01:52:33      IRS,   Insolvency III M/S O-240,
                100 SW Main St #1200,   Portland, OR 97204-3252
100280533      E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 01:52:33      IRS,   POB 7346,
                Philadelphia, PA 19101-7346
100280536      E-mail/Text: bankruptcy.revenue@dor.state.or.us Jun 04 2013 01:59:01     ODR Bkcy,
                955 Center NE #353,   Salem, OR 97301-2555
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0979-3            User: admin                  Page 2 of 2                  Date Rcvd: Jun 03, 2013
                                Form ID: NGDP                Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

| NGDP (4/15/13) | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re  )
**Robert Joseph McCullough Jr.**  ) Case No.  **13–33529–rld13**
**Carla Jeanne McCullough**  )
Debtor(s)  ) NOTICE THAT DEBTOR IS
) INELIGIBLE FOR DISCHARGE
)
)
)
)

June 3, 2013

Clerk, U.S. Bankruptcy Court

BY DEPUTY

**NOTICE IS GIVEN THAT** upon review of previously filed bankruptcy cases of the debtor(s), the debtor (or at least one debtor if this is a joint case) is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9), or §1328(f). The court shall not grant a discharge if a debtor has received a discharge in a case filed under chapter 7 or 11 within 8 years of the filing of this case, or under chapter 12 or 13 within 6 years of the filing of this case.

Any debtor wishing to contest the record must file a written objection with the clerk of court within 21 days from the "Filed" date of this notice.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204