# Clarke Balcom Law

1312 SW 16th Ave, 2nd Floor

Portland, OR 97201

Ph: (503) 224-5950  Fax: (503) 467-4669

**Client Name: Robert and Carla McCullough**

| **Invoice for Case #: 13-33529** | | | | **Date Submitted: 16 July 2013** | | |
|---|---|---|---|---|---|---|
| Date | Rate | Person | Time | Work Done | | Amount |
| 9-Oct-12 | $325.00 | ECB | 2.7 | Initial consultation | $ | 877.50 |
| 9-Oct-12 | $325.00 | ECB | 0.2 | Notes to file | $ | 65.00 |
| 9-Oct-12 | $130.00 | EAS | 0.1 | Prepare IRS Form 8821 for each client; obtain signatures | $ | 13.00 |
| 10-Oct-12 | $130.00 | ET | 0.3 | Review file for emergencies; calendar foreclosure | $ | 39.00 |
| 10-Oct-12 | $0.00 | JT | 1.0 | Prepare New Client file | $ | - |
| 10-Oct-12 | $130.00 | JH | 0.1 | Prepare and send letter of instruction to client | $ | 13.00 |
| 10-Oct-12 | $130.00 | EAS | 0.3 | Call to IRS to check account status and order transcripts | $ | 39.00 |
| 10-Oct-12 | $130.00 | CMK | 0.3 | Phone to Recontrust and research to obtain sale date information; phone to client regarding same | $ | 39.00 |
| 10-Oct-12 | $160.00 | JZ | 0.3 | Review file for recent tax returns, pay stubs and case issues | $ | 48.00 |
| 11-Oct-12 | $130.00 | CMK | 0.5 | Prepare and send instruction letter to client; Review notes, organize for production; open client in Best Case and input initial Petition information; phone with client regarding foreclosure information | $ | 65.00 |
| 11-Oct-12 | $130.00 | EAS | 0.1 | Receive and review IRS account transcripts to ensure all ordered transcripts received; route | $ | 13.00 |
| 15-Oct-12 | $130.00 | EAS | 0.1 | Call from client regarding original documents and credit counseling | $ | 13.00 |
| 16-Oct-12 | $130.00 | CMK | 0.1 | Phone to clients regarding Credit Counseling Certificate | $ | 13.00 |
| 18-Oct-12 | $130.00 | CMK | 0.1 | Receive Credit Counseling Certificate via email, update Best Case Exhibit D | $ | 13.00 |
| 19-Oct-12 | $130.00 | CMK | 0.4 | Review Attorney notes, client notes and documents provided in preparation for meeting with client to go over Questionnaire; print all forms and handouts for client to review and execute | $ | 52.00 |
| 19-Oct-12 | $130.00 | CMK | 0.8 | Meet with client to review Questionnaire and answer general questions (.6); notes to file (.2) | $ | 104.00 |

# Clarke Balcom Law

1312 SW 16th Ave, 2nd Floor

Portland, OR 97201

Ph: (503) 224-5950  Fax: (503) 467-4669

**Client Name: Robert and Carla McCullough**

| **Invoice for Case #: 13-33529** | | | | **Date Submitted: 16 July 2013** | | |
|---|---|---|---|---|---|---|
| <u>Date</u> | <u>Rate</u> | <u>Person</u> | <u>Time</u> | <u>Work Done</u> | | <u>Amount</u> |
| 19-Oct-12 | $130.00 | CMK | 1.0 | Review Form One, ensure correct and check Pacer for prior Bankruptcies ; prepare Attorney Compensation and Statement of Financial Affairs #9; research home value, prepare Sch A (.4); research vehicle and asset values, prepare Sch B (.3) prepare Sch E as precautionary ; review current expenses, prepare Sch J; review payments made to Cricket, begin preparation of Statement of Financial Affairs (.3) | $ | 130.00 |
| 24-Oct-12 | $130.00 | CMK | 0.1 | Review last 6 months of Husband's income, calculate and add to Means Test | $ | 13.00 |
| 25-Oct-12 | $130.00 | CMK | 0.5 | calculate and add to Means Test; review last 2 months of paystubs for clients, calculate and prepare Sch I; review bank | $ | 65.00 |
| 25-Oct-12 | $130.00 | CMK | 0.3 | Review foreclosure notice, add to Sch D, research foreclosure online, no date set; review 2010 and 2011 tax returns, update prepare Statement of Financial Affairs #1 and 2 | $ | 39.00 |
| 25-Oct-12 | $130.00 | CMK | 0.4 | Authenticate Client and order credit report; review credit report and all statements in file, prepare Sch F and D; review Sch I and J, prepare Plan payment worksheet | $ | 52.00 |
| 25-Oct-12 | $130.00 | CMK | 0.2 | Review Attorney notes, client notes and documents in file, ensure all information in Best Case | $ | 26.00 |
| 29-Oct-12 | $160.00 | JZ | 0.3 | Review Sch A for accuracy; make necessary changes; search database for required entity to serve Plan to secured creditor; update on Sch D | $ | 48.00 |
| 30-Oct-12 | $160.00 | JZ | 0.2 | Phone from client regarding timeline for filing | $ | 32.00 |
| 30-Oct-12 | $160.00 | JZ | 0.3 | Review Sch B and C; search for required entities to serve secured creditor with Plan; update on Sch D | $ | 48.00 |
| 30-Oct-12 | $160.00 | JZ | 0.3 | Review  Sch I and J for accuracy; make necessary changes to Sch J | $ | 48.00 |
| 30-Oct-12 | $160.00 | JZ | 0.2 | Review Means Test for accuracy and applicable commitment period; make necessary changes | $ | 32.00 |
| 30-Oct-12 | $160.00 | JZ | 0.1 | Review Sch E and F for accuracy, confirm signed returns in file for 2011 | $ | 16.00 |

# Clarke Balcom Law

1312 SW 16th Ave, 2nd Floor

Portland, OR 97201

Ph: (503) 224-5950  Fax: (503) 467-4669

**Client Name: Robert and Carla McCullough**

| **Invoice for Case #: 13-33529** | | | | **Date Submitted: 16 July 2013** | |
|---|---|---|---|---|---|
| Date | Rate | Person | Time | Work Done | Amount |
| 31-Oct-12 | $160.00 | JZ | 0.2 | Review Statement of Financial Affairs for accuracy; memo regarding documents still needed | $ 32.00 |
| 31-Oct-12 | $160.00 | JZ | 0.5 | Run feasibility/liquidation analysis; draft Chapter 13 Plan; forward file | $ 80.00 |
| 31-Oct-12 | $130.00 | CMK | 0.1 | Email to client to request needed items | $ 13.00 |
| 31-Oct-12 | $130.00 | ET | 0.3 | Phone to client regarding case status; notes to file | $ 39.00 |
| 31-Oct-12 | $130.00 | CMK | 0.3 | Print and review Petition, mark initial corrections in Best Case and route to Attorney for review; print Attorney Compensation, Statement of Financial Affairs and Plan | $ 39.00 |
| 8-Nov-12 | $130.00 | CMK | 0.2 | Review new retail installment contract, research vehicle value and add to Sch B; notes regarding same; review updated | $ 26.00 |
| 8-Nov-12 | $130.00 | CMK | 0.2 | Review last 2 months of paystubs, recalculate Sch I | $ 26.00 |
| 20-Nov-12 | $130.00 | CMK | 0.1 | Phone with client regarding timeline to file | $ 13.00 |
| 28-Nov-12 | $275.00 | MSS | 1.4 | Review Chapter 13 Petition and Plan; review file and supporting documents, make necessary changes and note case issues | $ 385.00 |
| 5-Dec-12 | $130.00 | CMK | 0.1 | Review last 2 months of paystubs, calculate and update Sch I, forward for review and adjust Plan | $ 13.00 |
| 26-Dec-12 | $160.00 | JZ | 0.4 | Review updated income information; make necessary changes to Sch J; rerun feasibility analysis; update Plan; review financials for accuracy; note documents still needed | $ 64.00 |
| 9-Jan-13 | $130.00 | CMK | 0.1 | Email to client to request updated income information | $ 13.00 |
| 10-Jan-13 | $130.00 | CMK | 0.1 | Prepare and mail tax refund letter to client | $ 13.00 |
| 16-Jan-13 | $130.00 | CMK | 0.1 | Update Statement of Financial Affairs #1 and 2 for filing in 2013 | $ 13.00 |
| 23-Jan-13 | $130.00 | CMK | 0.1 | Phone with client regarding updated income needed | $ 13.00 |
| 7-Feb-13 | $130.00 | CMK | 0.5 | Review updated paystubs and current deductions, update Means Test, Schedule I | $ 65.00 |

| | | | | **Clarke Balcom Law** | | |
|---|---|---|---|---|---|---|
| | | | | 1312 SW 16th Ave, 2nd Floor | | |
| | | | | Portland, OR 97201 | | |
| | | | | Ph: (503) 224-5950  Fax: (503) 467-4669 | | |
| | | | | **Client Name: Robert and Carla McCullough** | | |
| **Invoice for Case #: 13-33529** | | | | **Date Submitted: 16 July 2013** | | |
| | | | | | | |
| <u>Date</u> | <u>Rate</u> | <u>Person</u> | <u>Time</u> | <u>Work Done</u> | | <u>Amount</u> |
| | | | | | | |
| 7-Feb-13 | $130.00 | CMK | 0.3 | Review updated bank statements; update Sch B; review updated creditor statements, add to Sch F; note to file regarding updates in income | $ | 39.00 |
| 19-Feb-13 | $160.00 | JZ | 1.0 | Review file notes and updated income documents; make necessary changes to Sch J; (.5) run new feasibility/liquidation analysis; redrafted Plan; make changes to Means Test (.5) | $ | 160.00 |
| 21-Feb-13 | $275.00 | MSS | 0.6 | Review updated Chapter 13 Petition and Plan; make necessary changes and note case issues | $ | 165.00 |
| 22-Feb-13 | $0.00 | CMK | 0.1 | Phone to client regarding signing | $ | - |
| 26-Feb-13 | $295.00 | MSS | 0.1 | Direct paralegal regarding pre-paid credit card, filing and paystubs | $ | 29.50 |
| 26-Feb-13 | $130.00 | CMK | 0.3 | Obtain Attorney instructions regarding pre-paid credit card, filing and paystubs; phone with client regarding getting ready to sign Petition | $ | 39.00 |
| 6-Mar-13 | $130.00 | CMK | 0.1 | Email to client to follow up on needed paystubs | $ | 13.00 |
| 13-Mar-13 | $295.00 | MSS | 0.1 | Direct paralegal regarding Chapter 13 filing, funds saved and timeline | $ | 29.50 |
| 13-Mar-13 | $130.00 | CMK | 0.3 | Obtain Attorney direction; phone with client regarding timeline to file | $ | 39.00 |
| 18-Mar-13 | $295.00 | MSS | 0.2 | Phone to client regarding timeline to file and Chapter 13 Plan | $ | 59.00 |
| 4-Apr-13 | $130.00 | CMK | 0.1 | Phone to client regarding paystubs needed | $ | 13.00 |
| 9-Apr-13 | $0.00 | CMK | 0.1 | Message from client with ETA for requested documents | $ | - |
| 16-Apr-13 | $160.00 | JZ | 0.4 | Review note regarding revised income; review changes, adjust Sch J; run new feasibility; revise Plan; forward for signing | $ | 64.00 |
| 16-Apr-13 | $130.00 | CMK | 0.5 | Calls to and from client regarding signing; notes and update file | $ | 65.00 |
| 16-Apr-13 | $130.00 | CMK | 0.4 | Prepare and send instruction letter to client; review updated paystubs, update Means Test for April filing | $ | 52.00 |
| 16-Apr-13 | $130.00 | CMK | 0.4 | Review 2012 tax returns, update Statement of Financial Affairs #1; review last 2 months of household income, calculate and prepare Sch I; memo to attorney | $ | 52.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| <td colspan="7" align="center">**Clarke Balcom Law**</td> |
| <td colspan="7" align="center">1312 SW 16th Ave, 2nd Floor</td> |
| <td colspan="7" align="center">Portland, OR 97201</td> |
| <td colspan="7" align="center">Ph: (503) 224-5950  Fax: (503) 467-4669</td> |
| <td colspan="7" align="center">**Client Name: Robert and Carla McCullough**</td> |
| <td colspan="3">**Invoice for Case #: 13-33529**</td> | <td colspan="4">**Date Submitted: 16 July 2013**</td> |
| | | | | | | |
| <u>Date</u> | <u>Rate</u> | <u>Person</u> | <u>Time</u> | <u>Work Done</u> | | <u>Amount</u> |
| | | | | | | |
| 23-Apr-13 | $160.00 | JZ | 0.4 | Prepare file for signing; update Sch B, C and all other documents; review financial forms, make necessary changes; print all forms/documents for clients to review and execute; forward to Attorney | $ | 64.00 |
| 23-Apr-13 | $295.00 | MSS | 1.5 | Meet with clients to review draft Chapter 13 Petition and Plan; discuss budget, secured debts, Plan feasibility and other issues (1.3); notes to file (.2) | $ | 442.50 |
| 30-Apr-13 | $130.00 | CMK | 0.2 | Phone with client regarding recent communications from Bank of America and documents needed, letter from attorney | $ | 26.00 |
| 1-May-13 | $295.00 | MSS | 0.3 | Direct paralegal regarding judicial foreclosure and information from Multnomah County Circuit Court | $ | 88.50 |
| 1-May-13 | $130.00 | CMK | 0.3 | Obtain Attorney directions regarding Motion to Dismiss Judicial Foreclosure | $ | 39.00 |
| 1-May-13 | $130.00 | ET | 0.1 | Phone to Multnomah County Circuit Court for information on judicial foreclosure; relay data to Attorney and obtain instructions | $ | 13.00 |
| 2-May-13 | $295.00 | MSS | 0.1 | Call to Richard Bayless at Malcolm Cisneros regarding judicial foreclosure and status; leave detailed message | $ | 29.50 |
| 14-May-13 | $160.00 | JZ | 0.1 | Call from client regarding timeline for filing | $ | 16.00 |
| 14-May-13 | $295.00 | MSS | 0.2 | Instructions to paralegal regarding updated paystubs, expenses, Plan payment, direct to prepare revised Sch I and J and Chapter 13 Plan | $ | 59.00 |
| 14-May-13 | $160.00 | JZ | 1.0 | Obtain Attorney instructions regarding revisions to Plan; run new feasibility analysis; (.5) revise Sch J and Plan; forward to Attorney to review and further advise (.5) | $ | 160.00 |
| 20-May-13 | $295.00 | MSS | 0.4 | Review updated paystubs and expenses, revise Sch I, Sch J, Means Test and Plan | $ | 118.00 |
| 22-May-13 | $295.00 | MSS | 0.1 | Phone to client regarding status of auto loan, update paystubs, and filing | $ | 29.50 |
| 29-May-13 | $295.00 | MSS | 0.5 | Phone to client regarding mortgage notice, foreclosure and Chapter 13 filing; written instructions to paralegal regarding Plan | $ | 147.50 |

| | | | | **Clarke Balcom Law** | | |
|---|---|---|---|---|---|---|
| | | | | 1312 SW 16th Ave, 2nd Floor | | |
| | | | | Portland, OR 97201 | | |
| | | | | Ph: (503) 224-5950  Fax: (503) 467-4669 | | |
| | | | | **Client Name: Robert and Carla McCullough** | | |
| **Invoice for Case #: 13-33529** | | | | **Date Submitted: 16 July 2013** | | |
| <u>Date</u> | <u>Rate</u> | <u>Person</u> | <u>Time</u> | <u>Work Done</u> | | <u>Amount</u> |
| 29-May-13 | $130.00 | ET | 0.3 | Phone from client regarding signing, obtain questions and data for Attorney; notes | $ | 39.00 |
| 30-May-13 | $160.00 | JZ | 0.5 | Review Attorney instructions regarding changes to Plan; run new feasibility analysis; draft new Plan; forward to Attorney to review and further instruct | $ | 80.00 |
| 31-May-13 | $160.00 | JZ | 0.1 | Make necessary changes to Sch J | $ | 16.00 |
| 31-May-13 | $160.00 | JZ | 0.3 | Prepare file for signing; update Sch B, C, Means Test, Statement of Financial Affairs and Plan; print all forms/documents for clients to review and execute; forward to Attorney | $ | 48.00 |
| 31-May-13 | $295.00 | MSS | 1.5 | Meet with clients to review and sign Chapter 13 Petition and Plan; make necessary changes, explain procedures | $ | 442.50 |
| 31-May-13 | $160.00 | JZ | 0.4 | Finalize and file Petition and Plan via ECF | $ | 64.00 |
| 31-May-13 | $160.00 | JZ | 0.5 | Obtain date and time for 341(a) Hearing, Confirmation Hearing and deadline to file Claims; calendar hearings and deadlines; serve Chapter 13 Plan to Advantis Credit | $ | 80.00 |
| 3-Jun-13 | $160.00 | JZ | 0.3 | Email to clients with case information | $ | 48.00 |
| 4-Jun-13 | $160.00 | JZ | 0.1 | Review Notice of Ineligibility of Discharge Due to Prior Case Filing, dated 6/3/13 | $ | 16.00 |
| 7-Jun-13 | $160.00 | JZ | 0.05 | Review Proof of Claim from IRS, update priority on Sch E; | $ | 8.00 |
| 10-Jun-13 | $160.00 | JZ | 0.1 | Prepare and email tax returns and pay advices to Trustee | $ | 16.00 |
| 14-Jun-13 | $160.00 | JZ | 0.3 | Prepare and send 341(a) Instruction letter to clients | $ | 48.00 |
| 17-Jun-13 | $160.00 | JZ | 0.1 | Review Proof of Claim from Oregon Department of Revenue, update priority on Sch E; feasibility, ok | $ | 16.00 |
| 19-Jun-13 | $160.00 | JZ | 0.1 | Review Proof of Claim from Wells Fargo Auto Dealer, update balance and service address on Sch D; no issues | $ | 16.00 |
| 26-Jun-13 | $160.00 | JZ | 0.3 | Review letter from Bank of America regarding loss mitigation options/consent letter; prepare instruction letter to clients; forward consent form to Attorney to review and execute; send to client | $ | 48.00 |
| 28-Jun-13 | $295.00 | MSS | 0.1 | Review and execute consent form for Bank of America regarding loss mitigation options | $ | 29.50 |

# Clarke Balcom Law

1312 SW 16th Ave, 2nd Floor

Portland, OR 97201

Ph: (503) 224-5950  Fax: (503) 467-4669

**Client Name: Robert and Carla McCullough**

| Invoice for Case #: 13-33529 | | | | Date Submitted: 16 July 2013 | | |
|---|---|---|---|---|---|---|
| Date | Rate | Person | Time | Work Done | | Amount |
| 1-Jul-13 | $160.00 | JZ | 0.3 | Prepare Order Directing Chapter 13 Payments to the Trustee and file via ECF | $ | 48.00 |
| 1-Jul-13 | $160.00 | JZ | 0.2 | Phone and email to clients regarding 341(a) Hearing | $ | 32.00 |
| 2-Jul-13 | $162.50 | ECB | 0.3 | Travel to 341(a) Hearing - half rate | $ | 48.75 |
| 2-Jul-13 | $325.00 | ECB | 0.8 | Meet with clients prior to 341(a) Hearing; attend Hearing | $ | 260.00 |
| 2-Jul-13 | $162.50 | ECB | 0.3 | Travel from 341(a) Hearing - half rate | $ | 48.75 |
| 3-Jul-13 | $160.00 | JZ | 0.2 | Receive fully executed/docketed Order Directing Chapter 13 Payments to the Trustee, dated 7/2/13; send copy to employer with instruction letter | $ | 32.00 |
| | | | | **Total Attorney Fees** | $ | 6,339 |
| 25-Oct-12 | $50.00 | | 1 | Joint credit report | $ | 50.00 |
| 31-May-13 | $281.00 | | 1 | Chapter 13 filing fee | $ | 281.00 |
| 3-Jun-13 | $6.11 | | 2 | Postage for certified, return receipt 1 oz. first class mail | $ | 12.22 |
| 3-Jun-13 | $6.31 | | 1 | Postage for certified, return receipt 2 oz. first class mail | $ | 6.31 |
| | | | | **Total Costs** | $ | 350 |
| | | | | **Total Fees and Costs** | $ | 6,688 |
| | | | | Amount received from Client | $ | 4,831 |
| | | | | **Balance due** | **$** | **1,857** |

| Paralegals | | Attorneys | |
|---|---|---|---|
| JH | Jean Hiebert | ECB | Clarke Balcom |
| CMK | Cassandra Kuring | MSS | Michael Scott |
| EAS | Emily Snyder | | |
| ET | Eloise Tiller | | |
| JT | Jacob Tiller | | |
| JZ | Jackie Zielke | | |