**DISTRICT OF OREGON**
**F I L E D**
**October 31, 2013**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No._____ |
| | ) |
| | ) ORDER VALUING PROPERTY PURSUANT |
| | ) TO 11 U.S.C. §506 AND AVOIDING WHOLLY |
| Debtor(s) | ) UNSECURED LIEN IN A CHAPTER 13 CASE |

THIS MATTER came before the Court on debtor's *Motion to Value Property Pursuant to 11 U.S.C. §506 and Avoid Wholly Unsecured Lien in a Chapter 13 Case.* The Court having reviewed the records and files herein, and having determined that no timely response has been filed to debtor's motion,

IT IS HEREBY ORDERED that the lien of _____,
recorded in _____ County, State of _____ on _____,
as Reference No./Book No./Reel No./Other Identifying Reference _____
_____, against debtor's real property located at _____
_____, a legal description of which is (attach exhibit
if necessary) _____
_____,
is wholly unsecured, is avoided, and is no longer a lien against the real property referenced herein.

IT IS FURTHER ORDERED that if this case is dismissed or converted to one under Chapter 7, the lien avoided by this order shall be reinstated.

IT IS FURTHER ORDERED that any claim formerly secured by the avoided lien will be treated as a secured claim to the extent previously paid by the Chapter 13 Trustee, and an unsecured claim for the remainder, without prejudice to any other objections to the claim.

###

PRESENTED BY:

_____
Signature of Debtor/Debtor's Attorney
Typed Name: _____
OSB# (if applicable): _____

cc: Debtor; Debtor's Attorney; Trustee; Lienholder (Insert address(es) if not ECF Participant; attach continuation page if needed):_____
_____
_____
_____

1317.5 (6/1/13)

## LEGAL DESCRIPTION EXHIBIT A

A part of Lot 8, STILL MEADOWS, filed May 31, 1985, in Book 1218, Page 1, Records of Multnomah County, and Lot 20, Block 2, GUISNESS BERRY FARMS, filed November 16, 1908, in Book 440, Page 49, Records of Multnomah County, both duly recorded plats in the Northeast one-quarter of Section 15, Township 1 South, Range 2 East, of the Willamette Meridian, in the County of Multnomah and State of Oregon, more particularly described as follows:

Beginning at the Northeast corner of Lot 8, STILL MEADOWS, a duly recorded plat in the Northeast one-quarter of Section 15, Township 1 South, Range 2 East, of the Willamette Meridian, recorded in Plat Book 1218, Page 1, Multnomah County, Plat Records; thence South 2° 06' 15" West, a distance of 72.46 feet along the East line of Lot 8 to the Southeast corner thereof; thence North 89° 16' 20" West, a distance of 31.60 feet along the South line of said Lot 8; thence South 2° 60' 35" West, a distance of 2.69 feet; thence 89° 15' 20" West, a distance of 46.25 feet parallel with the South line of Lot 8; thence North 45° 37' 18" West, a distance of 23.32 feet to the Easterly line of SE 114th Avenue as platted in the Plat of STILL MEADOWS; thence 59.26 feet along the arc of a non-tangent 40.00 foot radius curve to the left through a central angle of 84° 42' 47" (the long chord of 53.98 feet bears North 1° 66' 28" East) to the Northwest corner of Lot 8; thence North 87° 42' 25" East, a distance of 96.69 feet along the North line of Lot 8 to the point of beginning.

