**1/29/2014**　　　　　　　　　　**WEDNESDAY**　　　　　　　　　　**Judge Elizabeth L Perris**

**09:30 AM**　　　　■ **13-33529  elp 13**　　**Robert Joseph McCullough, Jr.  and  Carla Jeanne McCullough**

　　　　　　　　　　　　**Objection to Claim #4 - Bank of America, NA (28)**
　　　　　　　　　　　　 Robert Joseph McCullough - db　　E CLARKE BALCOM  x
　　　　　　　　　　　　 Wayne  Godare - tr　　J Fisher　　　　D Schumacher - BOA

**Evidentiary Hearing:**　　Yes: ☐　　No: ☒

Objection to Claim #4 sustained.

Order to be prepared by:　☐ clerk's office　☐ chambers　☒  Mr Balcom

DOCKET ENTRY:

**Run Date:  1/29/2014**